IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. Case No. 05-62214 |
| VERONICA DENISE SYDNOR, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ---------------------------------------------------) | | |
| W. CLARKSON McDOW, JR. | ) | |
| UNITED STATES TRUSTEE | ) | |
| FOR REGION FOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No._____ |
| | ) | |
| VERONICA DENISE SYDNOR, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Complaint Objecting to Discharge</u>

Comes now W. Clarkson McDow, Jr., United States Trustee for Region Four, and objects to the discharge of the debtor and, in support thereof, states as follows:

1. Plaintiff is the United States Trustee for Region Four.

2. This adversary proceeding is one arising in the bankruptcy case of Veronica Denise Sydnor ("defendant" or "debtor"), Case No. 05-62214. The bankruptcy case was commenced by the filing on June 10, 2005 of a voluntary petition under chapter 7 of title 11 which is still pending before this court.

3. The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 727. This is a core proceeding under 28 U.S.C. § 157(b)(2)(J).

Cause of Action

4. The allegations contained in paragraphs 1-3 are incorporated herein.

5. Within six (6) years before June 10, 2005 and on October 31, 2003, the debtor filed a voluntary petition under chapter 7 of title 11. The debtor received a discharge on February 19, 2004.

6. Defendant's discharge should be denied under § 727(a)(8).

WHEREFORE, plaintiff prays that the discharge of this debtor from her debts be denied, and that plaintiff have such other and further relief as is just.

Dated: 20 July, 2005              W. CLARKSON MCDOW, JR.
                                  United States Trustee for Region Four

                                  By:   */s/ Margaret K. Garber*

Margaret K. Garber (VSB No. 34412)
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011
(540) 857-2806